# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVE A. JEAN-FRANCOIS,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and **HEATHER LEE STREIB,**
Appellees.

No. 4D17-3087

[March 14, 2018]

Appeal from the State of Florida, Department of Revenue, Child Support Enforcement; CS. No. 2001144298; Depository No. 50170700555CA.

Steve A. Jean-Francois, Boynton Beach, pro se.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee Florida Department of Revenue.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

TAYLOR, CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***